# DEPARTMENT OF JUSTICE

## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES

### NATIONAL TRACING CENTER

**Phone:(800) 788-7133  Fax:(800) 578-7223**

**Print Date: March 18, 2024**

## MULTIPLE SALE SUMMARY

**Multiple Sale Number: M20240130777**    **Entered Date: March 15, 2024**    **Field Division:**

### DEALER INFORMATION

**Business Name:** L BUFALO PAWN
**Licensee Name:** LBP LP
**Address:** 3401 SAN BERNARDO
LAREDO, TX 78040
**Phone:** (956) 727-7296 Ext:
**FFL Number:** 57404252

### PURCHASER INFORMATION

**Purchase Date:** 03/13/2024
**Name:** MARIO ALBERTO TOVAR JR
**Address:** ███████████████
███████████
███████████
**DOB:** ████████  **Race:** ████████  **Sex:** ████
**POB:** ███████████████
**ID 1:** TX STATE CARD ID  **#:** ███████████
**ID 2:**   **#:**
Purchaser is not associated with any other traces/multiple sales.

## Weapon Summary

Weapon Count: 2

| Manufacturer | Model | Caliber | Serial Number | Type | Importer | Origin |
|---|---|---|---|---|---|---|
| TAURUS | G3 | 9 | ADG440629 | PISTOL | TAURUS | US |
| TAURUS | G3C | 9 | ADK746020 | PISTOL | TAURUS | US |

## Notes

APT = UNIT. ETHNICITY = HISP/LAT.

Unclassified / Law Enforcement Sensitive

# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
## NATIONAL TRACING CENTER
**Phone:(800) 788-7133  Fax:(800) 578-7223**

**Print Date: March 18, 2024**

## MULTIPLE SALE SUMMARY

**Multiple Sale Number: M20240053183**   **Entered Date: January 31, 2024**   **Field Division:**

### DEALER INFORMATION

**Business Name:** ACADEMY SPORTS + OUTDOORS #73
**Licensee Name:** ACADEMY, LTD
**Address:** 5720 SAN BERNARDO
LAREDO, TX 78041
**Phone:** (956) 523-8300 Ext:
**FFL Number:** 57401306

### PURCHASER INFORMATION

**Purchase Date:** 01/25/2024
**Name:** MARIO ALBERTO TOVAR JR
**Address:**

**DOB:**      **Race:**      **Sex:**
**POB:**
**ID 1:** TX STATE CARD ID    **#:**
**ID 2:**    **#:**

Purchaser is not associated with any other traces/multiple sales.

## Weapon Summary

Weapon Count: 2

| Manufacturer | Model | Caliber | Serial Number | Type | Importer | Origin |
|---|---|---|---|---|---|---|
| SMITH & WESSON | SD9 | 9 | EFB2134 | PISTOL | | US |
| SMITH & WESSON | SD9 | 9 | EFB2613 | PISTOL | | US |

## Notes

ETHNICITY HISPANIC OR LATINO
APARTMENT=UNIT

Unclassified / Law Enforcement Sensitive