# DEPARTMENT OF JUSTICE
## BUREAU OF ALCOHOL, TOBACCO, FIREARMS AND EXPLOSIVES
### NATIONAL TRACING CENTER
Phone:(800) 788-7133   Fax:(800) 578-7223

Print Date: March 27, 2024

## FIREARMS TRACE SUMMARY

**Trace Number:** T20240159678     **Request Date:** March 26, 2024     **Completion Date:** March 26, 2024

GABINO VELÁZQUEZ
PGR DE NUEVO LEON
NL
MEXICO

**Badge No:**           **Investigation No:**

### FIREARM INFORMATION

**Manufacturer:** TAURUS
**Model:** G3C
**Caliber:** 9
**Serial Number:** ADK746020
**Type:** PISTOL
**Country:** BRAZIL
**Importer:** TAURUS INTERNATIONAL MFG.; ...
**Obliterated:**
**Identifying Marks:**
**NIBIN:**
**Gang Name:**

### RECOVERY INFORMATION     **Recovery Date:** 03/26/2024

CENAPI FGR
CENAPI
DF
MEXICO

**Time to Crime:** 13 days
CARRETERA FEDERAL 57 A LA ALTURA DEL KM 129+100, TRAMO PUERTO MEXICO-MATEHUALA DIRECCION MATEHUALA-SALTILLO
GALEANA,  NL
MEXICO
**Possessor:**
**DOB:**
**POB:**

**Badge No:**           **Investigation No:**

### PURCHASER INFORMATION   **Purchase Date:** 03/13/2024

MARIO ALBERTO TOVAR JR
▆▆▆▆▆▆▆▆
▆▆▆▆▆▆
▆▆▆▆▆
**DOB:** ▆▆▆▆
**POB:** ▆▆▆▆▆▆▆▆▆▆▆
**Race:** ▆▆▆▆        **Height:** ft in
**Sex:** ▆▆         **Weight:** lbs
**ID 1:** TX STATE CARD ID: ▆▆▆▆
**ID 2:** :

### DEALER INFORMATION     **FFL:** 57404252

L BUFALO PAWN
3401 SAN BERNARDO
LAREDO, TX 78040
**Phone:**   (956) 727-7296   **Ship-To-Date:**
Ext:

### ADMINISTRATIVE INFORMATION

**C.I. OR A.P.:** FED/NL/LIN/0000711/2024
**OFFICE NUMBER:** LIN-EIL-BVI-C2-437/2024
**ACTING AUTHORITY:** ALAN FRANCISCO CARRILLO LOPEZ
**FOLIO:** 3306
**IPH:**
**ORIGIN OF THE WEAPON:**

The information in this report must be validated prior to use in any criminal proceedings.

Unclassified/Law Enforcement Sensitive

## SUMMARY OF RESULTS

THIS FIREARM WAS TRACED TO A PURCHASER AND IS PART OF A MULTIPLE HANDGUN SALE REPORTED TO ATF BY A FEDERAL FIREARMS LICENSEE (FFL). THE TRANSACTION DATE NOTED IN THE SUMMARY IS THE DATE THE MULTIPLE SALE WAS GENERATED BY THE FFL AND MAY NOT REPRESENT THE ACTUAL TRANSACTION DATE OF THE FIREARM PURCHASE. TO VERIFY THE ACTUAL TRANSACTION DATE FOR THE FIREARM, PLEASE CONTACT THE FFL OR CONTACT ATF NATIONAL TRACING CENTER, FIREARMS TRACING BRANCH AT 1-800-788-7133.

**Additional Remarks:**



**The information in this report must be validated prior to use in any criminal proceedings.**

**FOR OFFICIAL USE ONLY**