

# SALES RECEIPT

L, Buffalo Pawn "Mines Road"
8002 San Gabriel
Laredo, Texas 78045
(956) 722-4500

Today's Date
02/06/24

| Inv. No. | Description of Merchandise | # | Price |
|---|---|---|---|
| G 1962 | CENTURY ARM 7.62 X 39MM RIFLE W/VSKA S/SV7019254 | 1 @ | 899.99 |

Gun Ref # 4423
Form 4473 # 3732

TOVAR JR. MARIO ALBERTO

Customer paid by CASH.
CLERK - ASHLEY

| | | |
|---|---|---|
| Sub Total | $ | 899.99 |
| Sales Tax | $ | 74.25 |
| TOTAL | $ | 974.24 |
| Due Today | $ | 974.24 |
| Tendered | $ | 1000.00 |
| Change | $ | 25.76 |

DOB    Eye Color  Height  Sex  Race    NO REFUNDS OR EXCHANGES. NO SE REGRESA EL DINERO NI
CAMBIA LA MERCANCIA. NOT RESPONSIBLE FOR INJURY CAUSED

# SALES RECEIPT

Today's Date
03/12/24

# 2046

L Bufalo Pawn
4515 Highway 83
Laredo, Texas 78046
(956)722-7296

| Inv. No. | Description of Merchandise | # | Price |
|---|---|---|---|
| G 1232 | TAURUS ARMAS 9X19 PISTOL M/G3 S/ACA408444 | 1 @ $ 289.99 |

Gun Ref # 2498
Form 4473 # 2333

FLORES, OSCAR AXEL

TXDL

| DOB | Eye Color | Height | Sex | Race |
|---|---|---|---|---|

Customer paid by CASH.
CLERK - LIZBETH

| | |
|---|---|
| Sub Total | $ 289.99 |
| Sales Tax | $ 23.92 |
| TOTAL | $ 313.91 |
| Due Today | $ 313.91 |
| Tendered | $ 320.00 |
| Change | $ 6.09 |

NO REFUND OR EXCHANGE! NO SE REGRESA DINERO NI CAMBIA
LA MERCANCIA! NOT RESPONSIBLE FOR INJURY CAUSED BY ITEM

# S A L E S   R E C E I P T

# 79123

Today's Date
03/12/24

L Bufalo Pawn
2102 South Meadow
Laredo, Texas 78046
(956)728-7296

| Inv. No. | Description of Merchandise | # | Price |
|---|---|---|---|
| 6 3286 | BUL ARMORY 9MM PISTOL   N W/CHEROKEE S/SP-15244 OG CASE W/EXTR | 1 @ $ | 375.99 |

Gun Ref # 7869
Form 4473 # 7029

FLORES, OSCAR AXEL

TXDL

DOB    Eye Color   Height   Sex   Race

Customer paid by CASH.
CLERK - YAJAIRA

| | | |
|---|---|---|
| Sub Total | $ | 375.99 |
| Sales Tax | $ | 31.02 |
| TOTAL | $ | 407.01 |
| Due Today | $ | 407.01 |
| Tendered | $ | 420.01 |
| Change | $ | 13.00 |

NO REFUND / EXCHANGE! NO SE REGRESA DINERO NI SE CAMBIA
LA MERCANCIA! NOT RESPONSIBLE FOR INJURY CAUSED BY ITEM

# 25244       S A L E S   R E C E I P T         Today's Date
                                                03/13/24

El Bufalo Pawn
3401 San Bernardo Ave
Laredo, Texas 78040
(956)727-7296

| Inv. No. | Description of Merchandise | # | Price |
|---|---|---|---|
| G 1632 | TAURUS ARMAS 9X19 PISTOL   N M/G3 S/ADG440629 | 1 @ $ 290.00 |

Sub Total      $ 290.00
Sales Tax      $  23.93
                ========
TOTAL          $ 313.93

Gun Ref # 3579
Form .4473 # 3038

TOVAR JR. MARIO ALBERTO        Customer paid by CASH.      Due Today    $ 313.93
                               CLERK - ANTONIO             Tendered     $ 400.00
                                                           Change       $  86.07
TXID-
  DOB   Eye Color  Height  Sex  Race    NO REFUND OR EXCHANGE! NO SE REGRESA DINERO NI CAMBIA
                                        LA MERCANCIA! NOT RESPONSIBLE FOR INJURY CAUSED BY ITEM

---

# 25246       S A L E S   R E C E I P T         Today's Date
                                                03/13/24

El Bufalo Pawn
3401 San Bernardo Ave
Laredo, Texas 78040
(956)727-7296

| Inv. No. | Description of Merchandise | # | Price |
|---|---|---|---|
| G 1651 | TAURUS ARMAS 9X19 PISTOL M/G3C S/ADK746020 | 1 @ $ 250.00 |

Sub Total      $ 250.00
Sales Tax      $  20.63
                ========
TOTAL          $ 270.63

Gun Ref # 3468
Form 4473 # 3039

TOVAR JR. MARIO ALBERTO        Customer paid by CASH.      Due Today    $ 270.63
                               CLERK - ANTONIO             Tendered     $ 300.00
                                                           Change       $  29.37
TXID
  DOB   Eye Color  Height  Sex  Race    NO REFUND OR EXCHANGE! NO SE REGRESA DINERO NI CAMBIA
                                        LA MERCANCIA! NOT RESPONSIBLE FOR INJURY CAUSED BY ITEM

# 25193

### S A L E S  ~~R~~ E C E I P T

Today's Date
03/05/24

El Bufalo Pawn
3401 San Bernardo Ave
Laredo, Texas 78040
(956)727 7296

| Inv. No. | Description of Merchandise | # | Price |
|---|---|---|---|
| G 1455 | DPMS 223-5.56MM RIFLE M/A-15 S/F203663 | 1 @ $ 760.00 | |

Gun Ref # 3205
Form 4473 # 3023

TOVAR JR. MARIO ALBERTO

Customer paid by CASH.
CLERK - JOSEPH

TXID ████████

DOB   Eye Color   Height   Sex   Race

| | |
|---|---|
| Sub Total | $ 760.00 |
| Sales Tax | $ 62.70 |
| ======== | |
| TOTAL | $ 822.70 |
| Due Today | $ 822.70 |
| Tendered | $ 840.00 |
| Change | $ 17.30 |

NO REFUND OR EXCHANGE! NO SE REGRESA DINERO NI CAMBIA
LA MERCANCIA! NOT RESPONSIBLE FOR INJURY CAUSED BY ITEM

---

# 25255

### S A L E S  R E C E I P T

Today's Date
03/14/24

El Bufalo Pawn
3401 San Bernardo Ave
Laredo, Texas 78040
(956)727-7296

| Inv. No. | Description of Merchandise | # | Price |
|---|---|---|---|
| G 1655 | ALEX PRO 5.56 RIFLE M/APF-15 S/R001657 | 1 @ $ 750.00 | |

Gun Ref # 3451
Form 4473 # 3040

FLORES, OSCAR AXEL

Customer paid by CASH.
CLERK - ANTONIO

TXID ████████

DOB   Eye Color   Height   Sex   Race

| | |
|---|---|
| Sub Total | $ 750.00 |
| Sales Tax | $ 61.88 |
| ======== | |
| TOTAL | $ 811.88 |
| Due Today | $ 811.88 |
| Tendered | $ 900.00 |
| Change | $ 88.12 |

NO REFUND OR EXCHANGE! NO SE REGRESA DINERO NI CAMBIA
LA MERCANCIA! NOT RESPONSIBLE FOR INJURY CAUSED BY ITEM

# 40320

## S A L E S     R E C E I P T

Today's Date
03/14/24

L Bufalo Pawn "Mines Road"
9002 San Gabriel
Laredo, Texas 78045
(956) 722-4500

| Inv. No. | Description of Merchandise | # | Price |
|---|---|---|---|
| G 1915 | AERO PRECISI 5.56 RIFLE M/M4 CARBINE S/YG003864 W/ONE MAG | 1 @ $ | 699.99 |

Gun Ref # 4331
Form 4473 # 3757

TOVAR JR, MARIO ALBERTO

TXID

DOB   Eye Color  Height  Sex  Race

Customer paid by CASH.
CLERK - VERO

NO REFUNDS OR EXCHANGES. NO SE REGRESA EL DINERO NI
CAMBIA LA MERCANCIA. NOT RESPONSIBLE FOR INJURY CAUSED

Sub Total   $  699.99
Sales Tax   $   57.75
            ==========
TOTAL       $  757.74

Due Today   $  757.74
Tendered    $  800.00
Change      $   42.26

---

# 40339

## S A L E S     R E C E I P T

Today's Date
03/14/24

L Bufalo Pawn "Mines Road"
9002 San Gabriel
Laredo, Texas 78045
(956) 722-4500

| Inv. No. | Description of Merchandise | # | Price |
|---|---|---|---|
| G 2010 | SAVAGE ARMS 223/5.56 RIFLE M/MSR-15 S/03-00869 W/MAG | 1 @ $ | 740.00 |



Gun Ref # 4472
Form 4473 # 3756

FLORES, OSCAR AXEL

TXDL

DOB   Eye Color  Height  Sex  Race

Customer paid by CASH.
CLERK - VERO

NO REFUNDS OR EXCHANGES. NO SE REGRESA EL DINERO NI
CAMBIA LA MERCANCIA. NOT RESPONSIBLE FOR INJURY CAUSED

Sub Total   $  740.00
Sales Tax   $   61.05
            ==========
TOTAL       $  801.05

Due Today   $  801.05
Tendered    $  802.00
Change      $    0.95

# SALES RECEIPT

**Today's Date**
03/14/24

El Bufalo Pawn
3401 San Bernardo Ave
Laredo, Texas 78040
(956) 727-7296

| Inv. No. | Description of Merchandise | # | Price |
|---|---|---|---|
| 6 3222 | RADICAL FIREARMS 7.62X39 RIFLE M/RF-15 S/2-001849 | 1 @ $ 715.94 |

Gun Ref # 2828
Form 4473 # 3041

PONCE, ANGELA RUBY

TXID

| | | | | | Sub Total | $ 715.94 |
|---|---|---|---|---|---|---|
| | | | | | Sales Tax | $ 59.06 |
| | | | | | TOTAL | $ 775.00 |

Customer paid by CASH.
CLERK - ANTONIO

| | | |
|---|---|---|
| Due Today | $ | 775.00 |
| Tendered | $ | 800.00 |
| Change | $ | 25.00 |

| DOB | Eye Color | Height | Sex | Race |
|---|---|---|---|---|

NO REFUND OR EXCHANGE! NO SE REGRESA DINERO NI CAMBIA
LA MERCANCIA! NOT RESPONSIBLE FOR INJURY CAUSED BY ITEM