

3459
210 - 914-3721

**U.S. Department of Justice**
Bureau of Alcohol, Tobacco, Firearms and Explosives

# Firearms Transaction Record

**WARNING:** The information you provide will be used to determine whether you are prohibited by Federal or State Law from receiving a firearm, or whether Federal or State Law prohibits the sale or disposition of a firearm to you. Certain violations of the Gun Control Act, 18 U.S.C. § 921 et. seq., are punishable by up to 15 years imprisonment and/or up to a $250,000 fine. Any person who exports a firearm without a proper authorization from either the Department of Commerce or the Department of State, as applicable, is subject to a fine of not more than $1,000,000 and up to 20 years imprisonment.

**Read the Notices, Instructions, and Definitions on this form.** Prepare in original only at the licensed premises (including business temporarily conducted from a qualifying gun show or event in the same State in which the premises is located) unless the transaction qualifies under 18 U.S.C. § 922(c). **All entries must be handwritten in ink unless completed under ATF Rul. 2016-2. PLEASE PRINT.**

**Transferor's/Seller's Transaction Number (if any)**

4472

## Section A - Must Be Completed By Transferor/Seller Before Transferee/Buyer Completes Section B

| 1. Manufacturer and Importer (if any), or Privately Made Firearm (PMF) (If the Manufacturer and Importer are different, include both.) | 2. Model (if designated) | 3. Serial Number | 4. Type | 5. Caliber or Gauge |
|---|---|---|---|---|
| 1. Savage Arms | MSR-15 | 03-000869 | Rifle | 223/5.56 |
| 2. | | | | |
| 3. | | | | |

6. Total Number of Firearms to be Transferred (Please spell total number e.g., one, two, etc. Do not use numerals.)

One

7. Check if any part of this transaction is a pawn redemption. ☐
Record Line Number(s) From Question 1:

8. Check if any part of this transaction is to facilitate a private party transfer. ☐

## Section B - Must Be Completed Personally By Transferee/Buyer

9. Transferee's/Buyer's Full Name (If legal name contains an initial only, record the initial followed by "IO" in quotes. If no middle initial or name, record "NMN".)

| Last Name (including suffix, e.g., Jr, Sr, II, III) | First Name | Middle Name |
|---|---|---|
| Flores | Oscar | Axel |

10. Current State of Residence and Address (U.S. postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address | City | Reside in City Limits? ☐ Yes ☑ No ☐ Unknown | State | ZIP Code | County/Parish/Borough |
|---|---|---|---|---|---|
| ▮ | ▮ | | ▮ | | ▮ |

11. Place of Birth
U.S. City and State ▮ -OR- Foreign Country

12. Height Ft. ▮ In. ▮

13. Weight (lbs.) ▮

14. Sex ☑ Male ☐ Female ☐ Non-Binary

15. Birth Date Month ▮ Day ▮ Year ▮

16. Social Security Number (optional, but will help prevent misidentification) ▮

17. Unique Personal Identification Number (UPIN) or Appeals Management Database Identification (AMD ID) (if applicable)

18.a. Ethnicity
☑ Hispanic or Latino
☐ Not Hispanic or Latino

18.b. Race (Select one or more race in 18.b. Both 18.a. and 18.b. must be answered.)
☐ American Indian or Alaska Native
☐ Asian
☐ Black or African American
☐ Native Hawaiian or Other Pacific Islander
☑ White

19. Country of Citizenship: (Check/List more than one, if applicable. Nationals of the United States may check U.S.A.)
☑ United States of America (U.S.A.)
☐ Other Country/Countries (Specify):

20. If you are an alien, record your U.S.-issued alien or admission number (AR#, USCIS#, or I94#):

21. Answer the following questions by checking or marking either the "yes" or "no" box to the right of the questions:

| | | Yes | No |
|---|---|---|---|
| a. | Are you the actual transferee/buyer of all of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)? **Warning: You are not the actual transferee/buyer if you are acquiring any of the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer any of the firearm(s) to you.** Exception: If you are only picking up a repaired firearm(s) for another person, you are not required to answer 21.a. and may proceed to question 21.b. | ☑ | ☐ |
| b. | Do you intend to sell or otherwise dispose of any firearm listed on this form and any continuation sheet(s) in furtherance of any felony or other offense punishable by imprisonment for a term of more than one year, a Federal crime of terrorism, or a drug trafficking offense? | ☐ | ☑ |
| c. | Are you under indictment or information in any court for a **felony**, or any other crime for which the judge could imprison you for more than one year, or are you a current member of the military who has been charged with violation(s) of the Uniform Code of Military Justice and whose charge(s) have been referred to a general court-martial? | ☐ | ☑ |
| d. | Have you ever been convicted in any court, including a military court, of a **felony**, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? | ☐ | ☑ |
| e. | Are you a fugitive from justice? | ☐ | ☑ |

Previous Editions Are Obsolete
Page 1 of 7

**STAPLE IF PAGES BECOME SEPARATED**

ATF Form 4473 (5300.9)
Revised August 2023

| | | Yes | No |
|---|---|---|---|
| f. | Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? **Warning:** The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside. | ☐ | ☑ |
| g. | Have you ever been adjudicated as a mental defective **OR** have you ever been committed to a mental institution? | ☐ | ☑ |
| h. | Have you ever been discharged from the Armed Forces under dishonorable conditions? | ☐ | ☑ |
| i. | Are you subject to a court order, including a Military Protection Order issued by a military judge or magistrate, restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? | ☐ | ☑ |
| j. | Have you ever been convicted in any court of a misdemeanor crime of domestic violence, or are you or have you ever been a member of the military and been convicted of a crime that included, as an element, the use of force against a person as identified in the instructions? | ☐ | ☑ |
| k. | Have you ever renounced your United States citizenship? | ☐ | ☑ |
| l. | Are you an alien **illegally** or **unlawfully** in the United States? | ☐ | ☑ |
| m.1. | Are you an alien who has been admitted to the United States under a nonimmigrant visa? | ☐ | ☑ |
| m.2. | If you answered "Yes" to question 21m.1, do you fall within any of the exceptions stated in the instructions? | ☐ | ☐ |
| n. | Do you intend to sell or dispose of any firearm(s) listed on this form or any continuation sheet(s) to any person described in questions 21(b)-(l) or to a person described in question 21.m.1 who does not fall within a nonimmigrant alien exception. | ☐ | ☑ |

I certify that my answers in Section B are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 21.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 21.b. through 21.l. as well as 21.n. is prohibited from receiving, possessing, or purchasing a firearm. I understand that a person who answers "yes" to question 21.m.1. is prohibited from receiving or possessing a firearm, unless the person answers "yes" to question 21.m.2. and provides the documentation required in 26.d. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale to predominantly earn a profit without a Federal firearms license is a violation of Federal law.

| 22. Transferee's/Buyer's Signature | 23. Certification Date | | |
|---|---|---|---|
| | Month 03 | Day 14 | Year 2024 |

### Section C - Must Be Completed By Transferor/Seller Prior To The Transfer Of The Firearm(s)

**24. Category of firearm(s) to be transferred (check or mark all that apply):**

☐ Handgun    ☑ Long Gun (i.e., rifle or shotgun)    ☐ Other Firearm (e.g., frame, receiver, etc.)

**25. If sale or transfer is at a qualifying gun show or event:**

Name of Function: _____   County: _____

Address: _____

City, State, ZIP Code: _____

**26.a. Identification** (e.g., Virginia driver's license (VA DL) or other valid government-issued photo identification including military ID.)

Issuing Authority and Type of Identification: TX ID

Number on Identification: [redacted]

Expiration Date of Identification (if any): Month ▮ Day ▮ Year ▮

**26.b. Supplemental Government Issued Documentation** (if identification document does not show current residence address or legal name) [redacted]

**26.c. Official Military Orders Establishing Permanent Change of Station (PCS):**

PCS Base, City and State: _____   PCS Effective Date: _____   PCS Order Number (if any): _____

**26.d. Exception to the Nonimmigrant Alien Prohibition:** If the transferee/buyer answered "yes" to 21.m.2. record the type of documentation showing the exception to the prohibition and attach a copy to this ATF Form 4473: _____

**Notice:** If transferee/buyer is under 21, a waiting period of up to 10 days may apply where notification from NICS is received within 3 business days to further investigate a possible disqualifying juvenile record. A NICS check is only valid for 30 calendar days from the date recorded in question 27.a.

| 27.a. Date the transferee's/buyer's identifying information in Section B was transmitted to NICS or the appropriate State agency: | 27.b. The NICS or State transaction number (if provided) was: |
|---|---|
| Month 03   Day 14   Year 2024 | 1037TDD2C |

**27.c. The response initially provided by NICS or the appropriate State agency was:**  ☑ Proceed   ☐ Denied   ☐ Cancelled

☐ Delayed. The firearm(s) may be transferred on _____ (date) if time period is not extended by NICS or the appropriate State agency, and State law allows (optional).

**STAPLE IF PAGES BECOME SEPARATED**    ATF Form 4473 (5300.9) Revised August 2023

27.d. Prior to transfer the following response(s) was/were later provided by NICS or the appropriate State agency:

☐ Proceed _____ (date)    ☐ Denied _____ (date)    ☐ Cancelled _____ (date)

☐ Overturned _____ (date)    ☐ No response was provided within 3 business days.

☐ Notice of additional delay of transferee under 21 years of age received on _____ (date). Transfer of the firearm may occur on _____ (optional).

☐ No response was provided within 10 business days after additional delay for transferee/buyer under 21 years of age.

27.e. After the firearm was transferred, the following response was provided by NICS or the appropriate State agency (if applicable) on:

_____ (date).    ☐ Proceed    ☐ Denied    ☐ Cancelled

28. ☐ No NICS check is required because a background check was completed during the NFA approval process on the individual who will receive the NFA firearm(s), as reflected on the approved NFA application.

29. ☐ No NICS check is required because the transferee/buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS.

| Issuing State and Permit Type | Date of Issuance (if any) | Expiration Date (if any) | Permit Number (if any) |
|---|---|---|---|
| | | | |

## Section D - Must Be Completed Personally By Transferee/Buyer

If the transfer of the firearm(s) takes place on a different day from the date that the transferee/buyer signed Section B, the transferee/buyer must complete Section D immediately prior to the transfer of the firearm(s).

I certify that all of my responses in Section B of this form are still true, correct, and complete.

| 30. Transferee's/Buyer's Signature | 31. Recertification Date | | |
|---|---|---|---|
| | Month | Day | Year |
| | | | |

## Section E - Must Be Completed By Transferor/Seller

| 32. For Use by Licensee | 33. Trade/corporate name and address of transferor/seller and Federal Firearm License Number (must contain at least first three and last five digits X-XX-XXXXX; hand stamp may be used) |
|---|---|
| Sale # 40319 E check | 5-74-39072  El Bufalo Pawn 8002 San Gabriel Laredo, TX 78045 |

**The Individual Transferring The Firearm(s) Must Complete Questions 34-36.**
**For Denied/Cancelled Transactions, The Individual Who Completed Section C Must Complete Questions 34-35.**

I certify that: (1) I have read and understand the Notices, Instructions, and Definitions on this ATF Form 4473; (2) the information recorded in Sections A, C and E is true, correct, and complete; and (3) this entire transaction record has been completed at the licensed business premises ("licensed premises" includes business temporarily conducted from a qualifying gun show or event in the same State in which the licensed premises is located) unless this transaction has met the requirements of 18 U.S.C. § 922(c). Unless this transaction has been denied or cancelled by NICS or State agency, I further certify on the basis of — (1) the transferee's/buyer's responses in Section B (and Section D, if applicable); (2) the verification of the identification recorded in question 26 (and the re-verification at the time of transfer, if Section D was completed); and (3) State or local law applicable to the firearms business — it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section B. If this transaction required a NICS check, I further certify that this firearm(s) transfer is within 30 days from the date of NICS contact.

| 34. Transferor's/Seller's Name (please print) | 35. Transferor's/Seller's Signature | 36. Date Transferred | | |
|---|---|---|---|---|
| | | Month | Day | Year |
| E. Veronica Ibarra | E. Veronica V | 03 | 14 | 2024 |

**REMINDER - By the Close of Business Complete ATF Form 3310.4 for Multiple Sales of Handguns Within 5 Consecutive Business Days**

### NOTICES, INSTRUCTIONS, AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. § 923 may determine if he/she may lawfully sell or deliver a firearm to the person identified in Section B, and to alert the transferee/buyer of certain restrictions on the receipt and possession of firearms. The transferor/seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the transferor/seller must be familiar with the provisions of 18 U.S.C. § 921-931 and the regulations in 27 CFR Parts 478 and 479. In determining the lawfulness of the sale or delivery of a rifle or shotgun to a resident of another State, the transferor/seller is presumed to know the applicable State laws and published ordinances in both the transferor's/seller's State and the transferee's/buyer's State. (See State Laws and Published Ordinances -Firearms (ATF Electronic Publication 5300.5) on https://www.atf.gov/.)

Generally, ATF Form 4473 must be completed at the licensed business premises when a firearm is transferred over-the-counter. Federal law, 18 U.S.C. § 922(c), allows a licensed importer, manufacturer, or dealer to sell a firearm to a nonlicensee who does not appear in person at the licensee's business premises only if the transferee/buyer meets certain requirements. These requirements are set forth in 18 U.S.C. § 922(c), 27 CFR 478.96(b), and ATF Procedure 2020-1 (or subsequent update).

After the transferor/seller has completed the firearms transaction, he/she must make the completed, original ATF Form 4473 (which includes the Notices, General Instructions, and Definitions), and any supporting documents, part of his/her permanent records. Such Forms 4473 must be retained until discontinuance of business or licensed activity. Paper forms over 20 years of age may be stored at a separate warehouse, which is considered part of the business premises subject to inspection. Filing may be chronological (by date of disposition), alphabetical (by name of purchaser), or numerical (by transaction serial number), as long as all of the transferor's/seller's completed Forms 4473 are filed in the same manner.

STAPLE IF PAGES BECOME SEPARATED    ATF Form 4473 (5300.9) Revised August 2023

U.S. Department of Justice

Bureau of Alcohol, Tobacco, Firearms and Explosives

OMB No. 1140-0020

## Firearms Transaction Record

WARNING: The information you provide will be used to determine whether you are prohibited by Federal or State Law from receiving a firearm, or whether Federal or State Law prohibits the sale or disposition of a firearm to you. Certain violations of the Gun Control Act, 18 U.S.C. § 921 et. seq., are punishable by up to 15 years imprisonment and/or up to a $250,000 fine. Any person who exports a firearm without a proper authorization from either the Department of Commerce or the Department of State, as applicable, is subject to a fine of not more than $1,000,000 and up to 20 years imprisonment.

Read the Notices, Instructions, and Definitions on this form. Prepare in original only at the licensed premises (including business temporarily conducted from a qualifying gun show or event in the same State in which the premises is located) unless the transaction qualifies under 18 U.S.C. § 922(c). All entries must be handwritten in ink unless completed under ATF Rul. 2016-2. PLEASE PRINT.

Transferor's/Seller's Transaction Number (if any)

3459

### Section A - Must Be Completed By Transferor/Seller Before Transferee/Buyer Completes Section B

| | 1. Manufacturer and Importer (if any), or Privately Made Firearm (PMF) (If the Manufacturer and Importer are different, include both.) | 2. Model (if designated) | 3. Serial Number | 4. Type | 5. Caliber or Gauge |
|---|---|---|---|---|---|
| 1. | Alex Pro Firearms | APF-15 | R0016657 | Rifle | 223/5.56 |
| 2. | | | | | |
| 3. | | | | | |

6. Total Number of Firearms to be Transferred (Please spell total number e.g., one, two, etc. Do not use numerals.)

One

7. Check if any part of this transaction is a pawn redemption. ☐
Record Line Number(s) From Question 1:

8. Check if any part of this transaction is to facilitate a private party transfer. ☐

### Section B - Must Be Completed Personally By Transferee/Buyer

9. Transferee's/Buyer's Full Name (If legal name contains an initial only, record the initial followed by "IO" in quotes. If no middle initial or name, record "NMN".)

| Last Name (including suffix, e.g., Jr, Sr, II, III) | First Name | Middle Name |
|---|---|---|
| Flores | Oscar | Axel |

10. Current State of Residence and Address (U.S. postal abbreviations are acceptable. Cannot be a post office box.)

| Number and Street Address | City | Reside in City Limits? | State | ZIP Code | County/Parish/Borough |
|---|---|---|---|---|---|
| ▉ | ▉ | ☐ Yes ☑ No ☐ Unknown | ▉ | | ▉ |

| 11. Place of Birth | | 12. Height | 13. Weight (lbs.) | 14. Sex | 15. Birth Date | | |
|---|---|---|---|---|---|---|---|
| U.S. City and State ▉ | -OR- Foreign Country | Ft. ▉ In. | ▉ | ☑ Male ☐ Female ☐ Non-Binary | Month ▉ | Day | Year |

16. Social Security Number (optional, but will help prevent misidentification) ▉

17. Unique Personal Identification Number (UPIN) or Appeals Management Database Identification (AMD ID) (if applicable)

18.a. Ethnicity
☑ Hispanic or Latino
☐ Not Hispanic or Latino

18.b. Race (Select one or more race in 18.b. Both 18.a. and 18.b. must be answered.)
☐ American Indian or Alaska Native
☐ Asian
☐ Black or African American
☐ Native Hawaiian or Other Pacific Islander
☑ White

19. Country of Citizenship: (Check/List more than one, if applicable. Nationals of the United States may check U.S.A.)
☑ United States of America (U.S.A.)    ☐ Other Country/Countries (Specify):

20. If you are an alien, record your U.S.-issued alien or admission number (AR#, USCIS#, or I94#):

21. Answer the following questions by checking or marking either the "yes" or "no" box to the right of the questions:

| | | Yes | No |
|---|---|---|---|
| a. | Are you the actual transferee/buyer of all of the firearm(s) listed on this form and any continuation sheet(s) (ATF Form 5300.9A)? **Warning: You are not the actual transferee/buyer if you are acquiring any of the firearm(s) on behalf of another person. If you are not the actual transferee/buyer, the licensee cannot transfer any of the firearm(s) to you.** Exception: If you are only picking up a repaired firearm(s) for another person, you are not required to answer 21.a. and may proceed to question 21.b. | ☑ | ☐ |
| b. | Do you intend to sell or otherwise dispose of any firearm listed on this form and any continuation sheet(s) in furtherance of any felony or other offense punishable by imprisonment for a term of more than one year, a Federal crime of terrorism, or a drug trafficking offense? | ☐ | ☑ |
| c. | Are you under indictment or information in any court for a felony, or any other crime for which the judge could imprison you for more than one year, or are you a current member of the military who has been charged with violation(s) of the Uniform Code of Military Justice and whose charge(s) have been referred to a general court-martial? | ☐ | ☑ |
| d. | Have you ever been convicted in any court, including a military court, of a felony, or any other crime for which the judge could have imprisoned you for more than one year, even if you received a shorter sentence including probation? | ☐ | ☑ |
| e. | Are you a fugitive from justice? | ☐ | ☑ |

Previous Editions Are Obsolete

Page 1 of 7

STAPLE IF PAGES BECOME SEPARATED

ATF Form 4473 (5300.9)
Revised August 2023

| | Yes | No |
|---|---|---|
| f. Are you an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance? **Warning:** The use or possession of marijuana remains unlawful under Federal law regardless of whether it has been legalized or decriminalized for medicinal or recreational purposes in the state where you reside. | ☐ | ☒ |
| g. Have you ever been adjudicated as a mental defective **OR** have you ever been committed to a mental institution? | ☐ | ☒ |
| h. Have you ever been discharged from the Armed Forces under dishonorable conditions? | ☐ | ☒ |
| i. Are you subject to a court order, including a Military Protection Order issued by a military judge or magistrate, restraining you from harassing, stalking, or threatening your child or an intimate partner or child of such partner? | ☐ | ☒ |
| j. Have you ever been convicted in any court of a misdemeanor crime of domestic violence, or are you or have you ever been a member of the military and been convicted of a crime that included, as an element, the use of force against a person as identified in the instructions? | ☐ | ☒ |
| k. Have you ever renounced your United States citizenship? | ☐ | ☒ |
| l. Are you an alien **illegally** or **unlawfully** in the United States? | ☐ | ☒ |
| m.1. Are you an alien who has been admitted to the United States under a nonimmigrant visa? | ☐ | ☒ |
| m.2. If you answered "Yes" to question 21m.1, do you fall within any of the exceptions stated in the instructions? | ☐ | ☐ |
| n. Do you intend to sell or dispose of any firearm(s) listed on this form or any continuation sheet(s) to any person described in questions 21(b)-(l) or to a person described in question 21.m.1 who does not fall within a nonimmigrant alien exception. | ☐ | ☒ |

I certify that my answers in Section B are true, correct, and complete. I have read and understand the Notices, Instructions, and Definitions on ATF Form 4473. I understand that answering "yes" to question 21.a. if I am not the actual transferee/buyer is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I understand that a person who answers "yes" to any of the questions 21.b. through 21.l. as well as 21.n. is prohibited from receiving, possessing, or purchasing a firearm. I understand that a person who answers "yes" to question 21.m.1. is prohibited from receiving or possessing a firearm, unless the person answers "yes" to question 21.m.2. and provides the documentation required in 26.d. I also understand that making any false oral or written statement, or exhibiting any false or misrepresented identification with respect to this transaction, is a crime punishable as a felony under Federal law, and may also violate State and/or local law. I further understand that the repetitive purchase of firearms for the purpose of resale to predominantly earn a profit without a Federal firearms license is a violation of Federal law.

| 22. Transferee's/Buyer's Signature | 23. Certification Date |
|---|---|
| | Month 03  Day 14  Year 2024 |

### Section C - Must Be Completed By Transferor/Seller Prior To The Transfer Of The Firearm(s)

**24. Category of firearm(s) to be transferred (check or mark all that apply):**

☐ Handgun  ☒ Long Gun (i.e., rifle or shotgun)  ☐ Other Firearm (e.g., frame, receiver, etc.)

**25. If sale or transfer is at a qualifying gun show or event:**

Name of Function: _____  County: _____

Address: _____

City, State, ZIP Code: _____

**26.a. Identification** (e.g., Virginia driver's license (VA DL) or other valid government-issued photo identification including military ID.)

| Issuing Authority and Type of Identification | Number on Identification | Expiration Date of Identification (if any) |
|---|---|---|
| TxDL | ███████ | Month ███ Day ███ Year ███ |

**26.b. Supplemental Government Issued Documentation** (if identification document does not show current residence address or legal name)

**26.c. Official Military Orders Establishing Permanent Change of Station (PCS):**

PCS Base, City and State: _____ | PCS Effective Date: _____ | PCS Order Number (if any): _____

**26.d. Exception to the Nonimmigrant Alien Prohibition:** If the transferee/buyer answered "yes" to 21.m.2. record the type of documentation showing the exception to the prohibition and attach a copy to this ATF Form 4473:

**Notice:** If transferee/buyer is under 21, a waiting period of up to 10 days may apply where notification from NICS is received within 3 business days to further investigate a possible disqualifying juvenile record. A NICS check is only valid for 30 calendar days from the date recorded in question 27.a.

| 27.a. Date the transferee's/buyer's identifying information in Section B was transmitted to NICS or the appropriate State agency: | 27.b. The NICS or State transaction number (if provided) was: |
|---|---|
| Month 3  Day 14  Year 2024 | 1037TJXDT |

**27.c. The response initially provided by NICS or the appropriate State agency was:** ☒ Proceed  ☐ Denied  ☐ Cancelled

☐ Delayed. The firearm(s) may be transferred on _____ (date) if time period is not extended by NICS or the appropriate State agency, and State law allows (optional).

**STAPLE IF PAGES BECOME SEPARATED**   ATF Form 4473 (5300.9) Revised August 2023

27.d. Prior to transfer the following response(s) was/were later provided by NICS or the appropriate State agency:

☐ Proceed _____ (date)    ☐ Denied _____ (date)    ☐ Cancelled _____ (date)

☐ Overturned _____ (date)    ☐ No response was provided within 3 business days.

☐ Notice of additional delay of transferee under 21 years of age received on _____ (date). Transfer of the firearm may occur on _____ (optional).

☐ No response was provided within 10 business days after additional delay for transferee/buyer under 21 years of age.

27.e. After the firearm was transferred, the following response was provided by NICS or the appropriate State agency (if applicable) on:

_____ (date).    ☐ Proceed    ☐ Denied    ☐ Cancelled

28. ☐ No NICS check is required because a background check was completed during the NFA approval process on the individual who will receive the NFA firearm(s), as reflected on the approved NFA application.

29. ☐ No NICS check is required because the transferee/buyer has a valid permit from the State where the transfer is to take place, which qualifies as an exemption to NICS.

| Issuing State and Permit Type | Date of Issuance (if any) | Expiration Date (if any) | Permit Number (if any) |
|---|---|---|---|
| | | | |

### Section D - Must Be Completed Personally By Transferee/Buyer

If the transfer of the firearm(s) takes place on a different day from the date that the transferee/buyer signed Section B, the transferee/buyer must complete Section D immediately prior to the transfer of the firearm(s).

I certify that all of my responses in Section B of this form are still true, correct, and complete.

| 30. Transferee's/Buyer's Signature | 31. Recertification Date | | |
|---|---|---|---|
| | Month | Day | Year |
| | | | |

### Section E - Must Be Completed By Transferor/Seller

| 32. For Use by Licensee | 33. Trade/corporate name and address of transferor/seller and Federal Firearm License Number (must contain at least first three and last five digits X-XX-XXXXX; hand stamp may be used) |
|---|---|
| | El Bufalo Pawn<br>3401 San Bernardo Ave.<br>Laredo, TX 78040     **5-74-04252** |

**The Individual Transferring The Firearm(s) Must Complete Questions 34-36.**
**For Denied/Cancelled Transactions, The Individual Who Completed Section C Must Complete Questions 34-35.**

I certify that: (1) I have read and understand the Notices, Instructions, and Definitions on this ATF Form 4473; (2) the information recorded in Sections A, C and E is true, correct, and complete; and (3) this entire transaction record has been completed at the licensed business premises ("licensed premises" includes business temporarily conducted from a qualifying gun show or event in the same State in which the licensed premises is located) unless this transaction has met the requirements of 18 U.S.C. § 922(c). Unless this transaction has been denied or cancelled by NICS or State agency, I further certify on the basis of — (1) the transferee's/buyer's responses in Section B (and Section D, if applicable); (2) the verification of the identification recorded in question 26 (and the re-verification at the time of transfer, if Section D was completed); and (3) State or local law applicable to the firearms business — it is my belief that it is not unlawful for me to sell, deliver, transport, or otherwise dispose of the firearm(s) listed on this form to the person identified in Section B. If this transaction required a NICS check, I further certify that this firearm(s) transfer is within 30 days from the date of NICS contact.

| 34. Transferor's/Seller's Name (please print) | 35. Transferor's/Seller's Signature | 36. Date Transferred | | |
|---|---|---|---|---|
| Antonio Wram | | Month | Day | Year |
| | | 3 | 14 | 2024 |

**REMINDER** - By the Close of Business Complete ATF Form 3310.4 for Multiple Sales of Handguns Within 5 Consecutive Business Days

### NOTICES, INSTRUCTIONS, AND DEFINITIONS

**Purpose of the Form:** The information and certification on this form are designed so that a person licensed under 18 U.S.C. § 923 may determine if he/she may lawfully sell or deliver a firearm to the person identified in Section B, and to alert the transferee/buyer of certain restrictions on the receipt and possession of firearms. The transferor/seller of a firearm must determine the lawfulness of the transaction and maintain proper records of the transaction. Consequently, the transferor/seller must be familiar with the provisions of 18 U.S.C. § 921-931 and the regulations in 27 CFR Parts 478 and 479. In determining the lawfulness of the sale or delivery of a rifle or shotgun to a resident of another State, the transferor/seller is presumed to know the applicable State laws and published ordinances in both the transferor's/seller's State and the transferee's/buyer's State. (See State Laws and Published Ordinances -Firearms (ATF Electronic Publication 5300.5) on https://www.atf.gov/.)

Generally, ATF Form 4473 must be completed at the licensed business premises when a firearm is transferred over-the-counter. Federal law, 18 U.S.C. § 922(c), allows a licensed importer, manufacturer, or dealer to sell a firearm to a nonlicensee who does not appear in person at the licensee's business premises only if the transferee/buyer meets certain requirements. These requirements are set forth in 18 U.S.C. § 922(c), 27 CFR 478.96(b), and ATF Procedure 2020-1 (or subsequent update).

After the transferor/seller has completed the firearms transaction, he/she must make the completed, original ATF Form 4473 (which includes the Notices, General Instructions, and Definitions), and any supporting documents, part of his/her permanent records. Such Forms 4473 must be retained until discontinuance of business or licensed activity. Paper forms over 20 years of age may be stored at a separate warehouse, which is considered part of the business premises subject to inspection. Filing may be chronological (by date of disposition), alphabetical (by name of purchaser), or numerical (by transaction serial number), as long as all of the transferor's/seller's completed Forms 4473 are filed in the same manner.