**TRANSCRIPTION**

**OF RECORDING NAMED**

**'12. Video - Traffic Stop'.**

**RADIO:** (inaudible) anything? (inaudible) what's your 20?

(inaudible)