**GOVERNMENT EXHIBIT**

# EX-15

24-CR-439

