

GOVERNMENT EXHIBIT
EX-16
24-CR-439

RADICAL FIREARMS, LLC.
STAFFORD, TX USA

MODEL: RF-15
CALIBER: MULTI
SERIAL: 2-001849