# LAREDO POLICE DEPARTMENT
## CITATION #: C0018092

Violation Date and Time:  04/02/2024 at 16:11

County: WEBB

Unit #1676

## VIOLATOR

| LAST NAME | FIRST | MIDDLE |
|---|---|---|
| TOVAR | MARIO | ALBERTO |

| RESIDENCE ADDRESS | | PHONE |
|---|---|---|
| ███████████ | | NA |

| CITY | STATE | ZIP CODE |
|---|---|---|
| ████ | ██ | ██████ |

| DRIVER LICENSE NUMBER | DL CLASS | DL STATE | CDL |
|---|---|---|---|
| ████████ | ID | TX | No |

| DOB | SEX | RACE | HEIGHT | WEIGHT | EYE | HAIR |
|---|---|---|---|---|---|---|
| ██████ | ████ | | ████████████████████ | | | |

## EMPLOYER INFORMATION

| PARENT / EMPLOYER |
|---|
| |

| ADDRESS | PHONE |
|---|---|
| | |

| CITY | STATE | ZIP CODE |
|---|---|---|
| | TX | |

## VEHICLE INFORMATION

| LICENSE PLATE | STATE | REG. EXP. | COLOR |
|---|---|---|---|
| ██████ | ██ | | ████ |

| MAKE | MODEL | TYPE |
|---|---|---|
| ██████ | ██████ | PASSENGER VEI |

| VIN | YEAR | CMV | HAZMAT |
|---|---|---|---|
| ████████████ | ████ | No | No |

| TRAILER PLATE | TRAILER STATE | PLACARD # | DOT # |
|---|---|---|---|
| | TA | | |

## LOCATION

**400 DAVIS AVE
AT LINCOLN ST**

Direction of Travel: S

## VIOLATION(S)

1) CITATION : FAILED TO SIGNAL REQUIRED DISTANCE BEFORE TURNING

2) CITATION : NO DRIVER'S LICENSE (WHEN UNLICENSED)

| SPEED (MPH) | POSTED SPEED (MPH) | | CASE NO. |
|---|---|---|---|
| | | | |

| CONSTR. ZONE | WORKERS PRESENT | SCHOOL ZONE | ACCIDENT |
|---|---|---|---|
| No | No | No | No |

| KNEW RACE | SEARCH | | CONTRABAND |
|---|---|---|---|
| No | PROBABLE CAUSE | | W |

| ATTEMPTED AND UNABLE TO VERIFY FINANCIAL RESPONSIBILITY |
|---|
| NA |

## OFFICER INFORMATION

**J. GARZA  1222**

SECOND OFFICER/BADGE

## COURT INFORMATION

Mailing Address:

**CITY OF LAREDO MUNICIPAL COURT
4810 Maher Ave
Laredo, Texas 78041**