GOVERNMENT
EXHIBIT
EX-18
24-CR-439

# Case Report

## Detail



**Agency:** Laredo Police Department
**Agency #:** TX2400100

**Print Date/Time:** 04/09/2024 4:19 PM

### General Information

| | | |
|---|---|---|
| **Case Number:** 2024-00057568 | **Reporting Officer:** 8096 - Garza, Jesus | **Reported Date/Time:** 04/02/2024 3:46 PM |
| **Location Formatted:** 3400 SAN BERNARDO AVE | **Location Common Name:** | **County:** 240 - Webb |
| **Status:** Other | **Status Date:** 04/02/2024 | **Disposition:** |
| **Disposition Date:** | **Occurred Incident Type:** Incident | **Occurred From Date/Time:** 04/02/2024 3:46 PM |
| **Occurred To Date/Time:** 04/02/2024 4:11 PM | **Scene Processed By:** | **Significant Event:** |
| **Campus Code:** | **Exceptional Clearance:** | **Exceptional Clearance Date:** |

### Assigned Personnel

### Solvability Factors

| | |
|---|---|
| **Solvability Factor:** | **Total Solvability Factor:** |

### Modus Operandi

### Offenses

| # | Statute Group | Group Agency | Crime Code | Statute | Description | Offense Date |
|---|---|---|---|---|---|---|
| 1 | Local | TX2400100 | Info - Info | Info | Info Only - Incident Report | 04/02/2024 |

### Subjects

| Number | Type | Name | Address | Contact Information | Race | Sex | DOB |
|---|---|---|---|---|---|---|---|
| 1 | Reporting Person | POLICE OFFICER | 4712 MAHER AVE, LRDO, 78041 | | | | |
| 2 | Other | Tovar, Mario Alberto | | | | | |

### Properties

| # | Date | Type | Property Loss Type | Description | Name | Subject Role |
|---|---|---|---|---|---|---|

### Vehicles

### Contributing Officers

| | | |
|---|---|---|
| **Officer:** 8096 - Garza, Jesus | **Supervisor:** 7141 - Nunez, Joshua | **Report Date/Time:** 04/02/2024 8:47 PM |
| **Report Type:** Primary | **Approving User:** Sandra M. Ramos | |

### Evidence

### Status History

| | | |
|---|---|---|
| **Case Status:** In Field Pending | **Status Date:** 04/02/2024 | **Changed By:** System |
| **Date/Time Changed:** 04/02/2024 6:18 PM | | |
| **Case Status:** Other | **Status Date:** 04/02/2024 | **Changed By:** Sandra M. Ramos |
| **Date/Time Changed:** 04/04/2024 3:56 PM | | |

### Disposition History

# Case Report

## Detail



**Agency:** Laredo Police Department
**Agency #:** TX2400100

**Print Date/Time:** 04/09/2024 4:19 PM

| Supplemental Information | | |
|---|---|---|
| **Action Taken:**  *None | **Reason for No Arrest:** | **Purge Type:** |
| **Purge Date:** | **Purge Review Date:** | **Non-Fatal Shooting:** |

| Associated Arrest Records |
|---|
| Summary Narrative |

**Author:** System          **Date Created:** 04/02/2024 6:18 PM

On Tuesday 4-2-24, Police responded to 3400 San Bernardo Ave for an Incident report.  The reporting party stated that an incident had occurred.

| Narratives | | | |
|---|---|---|---|
| **Name:** INCIDENT SUPPLEMENT\| Narrative | **Author:** 8096 - Garza, Jesus | **Supervisor:** 7141 - Nunez, Joshua | **Date Created:** 04/02/2024 6:16 PM |

**Description:**

On Tuesday 4-2-24, I, Officer Jesus Garza while operating Unit #1676, was dispatched to assist ATF by 3400 San Bernardo Ave (Buffalo Pawn).  While en route, I was advised by LPD dispatch that the ATF Officer had requested for me to go onto LPD channel 4 to stay updated with the incident.

As I made my way from the downtown area, I was observing the said channel on my unit radio and learned that a black in color Nissan Altima with Mexican plates was involved.  ATF Officers had advised that the Altima had now gone mobile and started to go southbound on San Bernardo Ave with a total of 3 occupants.  I had been driving northbound on IH 35 and as I heard the radio transmission that the Altima continued southbound on San Bernardo Ave, I exited on the Lafayette St exit.  ATF Officers added that the Altima was coming to a stop by Jefferson St I which I then drove west onto Jefferson St from Santa Ursula Ave.  I then observed the Altima facing southbound on San Bernardo Ave and could see a male driver and a male front right passenger.  The Altima then got the green light and continued driving southbound in which I observed 2 unmarked units following it closely.  I then turned southbound on San Bernardo Ave from Jefferson St and started to follow the unmarked units and continued to listen to the radio for updated information.  ATF Officers had strongly advised to be cautious with the Altima in which it was confirmed that a firearm was inside the vehicle due to existing knowledge and intel.

ATF Officers had advised that the Altima was possibly going to go into Mexico as it continued south on San Bernardo Ave and into the downtown area.  The 2 unmarked units had broken off in different locations in an attempt to continue to follow the Altima in which I then followed the Malibu unit.  ATF Officers had advised that the Altima had made it close to Bridge #1 in which a female wearing a orange shirt and blonde hair had exited the Altima and made her way towards the bridge.  I had observed the female walking southbound on Salinas Ave in which she was quickly detained by ATF Officers who had exited their vehicles.  ATF Officers continued

# Case Report

**Detail**



**Agency:** Laredo Police Department
**Agency #:** TX2400100

**Print Date/Time:** 04/09/2024 4:19 PM

to follow the Altima in which appeared to be circling the Santa Maria Ave area as per the radio location updates. I observed the Altima by Grant St/Santa Maria Ave and it had just come to a stop due to a red light on Santa Maria. I was facing westbound on Grant St in which I had to proceed forward due to a green light and several vehicles behind me. I immediately drove into a parking lot to cut around the corner in which when I made it back on Santa Maria, I observed the Altima turn westbound on Zaragoza St.


I was able to catch up to the Altima in which I then observed that it turned northbound on Santa Cleotilde Ave from Grant St. As I turned north onto Santa Cleotilde, I managed to catch up to the Altima in which we continued northbound. As we approached Lincoln St, I observed that the Altima had Failed to Signal the Required Distance before Turning as it turned eastbound on Lincoln St from 400 Santa Cleotilde Ave. I wanted to conduct the traffic stop in a safe area where it would not block the only lane of travel on Lincoln St. The Altima continued to drive eastbound on Lincoln St in which it had signaled to turn right into a driveway by 1505 Lincoln St. I then conducted the traffic stop at approximately 1611 hrs by the said location in which I was able to properly identify the plates on the Altima as Tamaulipas plates XDX048C.


A male driver, later identified as Mario Alberto Tovar (Age 28) had quickly exited from the driver side door. I safely made my approach towards Tovar in which I had briefly advised him of the violation. ATF Officers arrived on scene and they detained Tovar in which Tovar was taken away from my view. I then made my way towards the front right passenger door in which there was a male occupant still inside. I had asked the male that for my safety if there was anything illegal on his person or the vehicle to which he stated that there was a firearm in the backseat and attempted to show me where, but for safety reasons, was told not to grab the firearm and step away from the Altima. The male passenger was then detained by ATF Officers in which they started their field interview procedures. I immediately observed the barrel of a rifle in the back-right floorboard of the Altima through the window since there was no tint on the Altima. As part of protocol procedures, I grabbed the barrel of the rifle in which a black shirt was used to partially cover the rifle from the public view. I made the rifle safe in which there was no round in the chamber or the ammunition in the magazine. I was told by an ATF Officer if I could assist by grabbing the black in color rifle and placing it inside his vehicle as part of the investigation. After that was completed, I was told to go to the ATF offices in which was where Tovar was gong to be transported so that I could issue him a citation for the violation. I had made contact with a resident by 1505 Lincoln St in which she had advised that she does not know Tovar nor the Altima to reside by this location. The female had added that they normally keep the gate closed to the driveway in order to prevent suspicious activity as this incident. Tovar and the male passneger were then transported to the ATF offices by assisting Officers.


Tovar was cited for Failed to Signal the Required Distance before Turning and No Driver's License (when Unlicensed) under citation #C0018092. ATF Officers took custody and then arrested Tovar and the 2 other occupants of the Altima. LPD only assisted ATF Officers with the traffic stop of the Altima as per their request. ATF also took custody of the Altima in which they took care of the transport of the vehicle.

# Case Report

## Detail



**Agency:** Laredo Police Department
**Agency #:** TX2400100

**Print Date/Time:** 04/09/2024 4:19 PM

The incident was captured via my Bodyworn camera and marked unit and was classified for the case report.