| Name | DOB | Document | Site (Lane) | Dir | Conveyance | Encounter Date | Encounter Time (ET) |
|---|---|---|---|---|---|---|---|
| FLORES, Oscar | 10/03/2001 | DL 49110753 (USA) | L236 (05) | Inbound | NLG5820 TX | 03/30/2024 | 00:11 |
| FLORES, Oscar | 10/03/2001 | DL 49110753 (USA) | L237 | Inbound | Pedestrian | 03/25/2024 | 19:29 |
| FLORES, Oscar | 10/03/2001 | DL 49110753 (USA) | L236 (03) | Inbound | XDX048C MM | 03/16/2024 | 18:45 |
| FLORES, Oscar | 10/03/2001 | DL 49110753 (USA) | L236 (06) | Inbound | XDX048C MM | 03/14/2024 | 16:08 |
| FLORES, Oscar | 10/03/2001 | DL 49110753 (USA) | L236 (09) | Inbound | XDX048C MM | 03/11/2024 | 20:20 |
| FLORES, Oscar Axel | 10/03/2001 | --- | L237 | Inbound | Pedestrian | 03/10/2024 | 14:17 |
| FLORES, Oscar Axel | 10/03/2001 | --- | L236 (01) | Inbound | NLG5820 TX | 02/25/2024 | 23:40 |
| FLORES, Oscar | 10/03/2001 | DL 49110753 (USA) | L236 (06) | Inbound | XDX048C MM | 02/19/2024 | 21:39 |
| FLORES, Oscar | 10/03/2001 | DL 49110753 (USA) | L236 (08) | Inbound | XDX048C MM | 02/15/2024 | 16:56 |
| FLORES, Oscar | 10/03/2001 | DL 49110753 (USA) | L236 (05) | Inbound | XDX048C MM | 02/04/2024 | 20:44 |
| FLORES, Oscar | 10/03/2001 | DL 49110753 (USA) | L236 (04) | Inbound | XDX048C MM | 01/30/2024 | 12:23 |
| FLORES, Oscar | 10/03/2001 | DL 49110753 (USA) | L236 (07) | Inbound | XDX048C MM | 01/27/2024 | 20:35 |
| FLORES, Oscar | 10/03/2001 | DL 49110753 (USA) | L236 (04) | Inbound | XDX048C MM | 01/26/2024 | 23:44 |
| FLORES, Oscar | 10/03/2001 | DL 49110753 (USA) | L236 (08) | Inbound | XDX048C MM | 01/25/2024 | 18:34 |

**GOVERNMENT EXHIBIT**
**EX-19**
**24-CR-439**