**GOVERNMENT EXHIBIT**

**EX-20A**

**24-CR-439**

| Name | DOB | Document | Site (Lane) | Dir | Conveyance | Status | Links | COA | Package ID | Rule Hit | Encounter Date | Encounter Time (ET) | Encounter Day |
|------|-----|----------|-------------|-----|------------|--------|-------|-----|------------|----------|----------------|---------------------|---------------|
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5883357403 | --- | 04/02/2024 | 16:24 | (Tue) |
| PONCE, Angela | 11/29/2005 | DL 48862977 (USA) | L237 | Inbound | Pedestrian | Admit | --- | USC | 5882120343 | --- | 04/01/2024 | 19:11 | (Mon) |
| PONCE, Angela | 11/29/2005 | DL 48862977 (USA) | L237 | Inbound | Pedestrian | Admit | --- | USC | 5880868983 | --- | 03/31/2024 | 20:30 | (Sun) |
| PONCE, Angela | 11/29/2005 | DL 48862977 (USA) | L237 | Inbound | Pedestrian | Admit | --- | USC | 5879383813 | --- | 03/30/2024 | 12:34 | (Sat) |
| PONCE, Angela | 11/29/2005 | DL 48862977 (USA) | L237 | Inbound | Pedestrian | Admit | --- | USC | 5878495723 | --- | 03/29/2024 | 16:40 | (Fri) |
| PONCE, Angela | 11/29/2005 | DL 48862977 (USA) | L237 | Inbound | Pedestrian | Admit | --- | USC | 5873856533 | --- | 03/26/2024 | 18:23 | (Tue) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5871943863 | --- | 03/25/2024 | 13:10 | (Mon) |
| PONCE, Angela | 11/29/2005 | DL 48862977 (USA) | L237 | Inbound | Pedestrian | Admit | --- | USC | 5863564653 | --- | 03/19/2024 | 14:52 | (Tue) |
| PONCE, Angela | 11/29/2005 | DL 48862977 (USA) | L237 | Inbound | Pedestrian | Admit | --- | USC | 5856635103 | --- | 03/14/2024 | 17:12 | (Thu) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5837326263 | --- | 02/28/2024 | 21:54 | (Wed) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5834239223 | --- | 02/26/2024 | 12:34 | (Mon) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5823077973 | --- | 02/17/2024 | 23:19 | (Sat) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Referred (702) | , BAG | USC | 5817982383 | Y | 02/13/2024 | 22:04 | (Tue) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5815189513 | --- | 02/11/2024 | 18:56 | (Sun) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5813108843 | --- | 02/10/2024 | 01:22 | (Sat) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5759352583 | --- | 01/29/2024 | 22:59 | (Mon) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5725839623 | --- | 01/02/2024 | 19:28 | (Tue) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5723629413 | --- | 12/31/2023 | 18:44 | (Sun) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5716470903 | --- | 12/26/2023 | 23:38 | (Tue) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5713811893 | --- | 12/24/2023 | 18:49 | (Sun) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5711233043 | --- | 12/22/2023 | 18:44 | (Fri) |
| PONCE, Angela | 11/29/2005 | DL 48862977 (USA) | L237 | Inbound | Pedestrian | Admit (ENF) | , BAG | USC | 5678276153 | --- | 11/29/2023 | 12:52 | (Wed) |
| PONCE, Angela | 11/29/2005 | DL 48862977 (USA) | L236 | Inbound | 4091V33 MM | Referred (NO) | , BAG | USC | 5183771924 | --- | 11/19/2023 | 16:16 | (Sun) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L236 | Inbound | 4091V33 CA | Referred | --- | USC | 4954957344 | --- | 10/01/2023 | 17:57 | (Sun) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L236 | Inbound | 3644R35 OK | Admit | --- | USC | 4916572784 | --- | 09/19/2023 | 23:09 | (Tue) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L236 | Inbound | 3644R35 TX | Admit | --- | USC | 4915480234 | --- | 09/18/2023 | 16:51 | (Mon) |
| PONCE, Angela | 11/29/2005 | DL 48862977 (USA) | L236 | Inbound | 3644R35 OK | Admit | --- | USC | 4909394014 | --- | 09/09/2023 | 14:35 | (Sat) |
| PONCE, Angela | 11/29/2005 | --- | L236 (07) | Inbound | B5114921 NP | Admit | --- | USC | 4908725644 | --- | 09/07/2023 | 21:50 | (Thu) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5569633053 | --- | 09/07/2023 | 10:41 | (Thu) |
| PONCE, Angela | 11/29/2005 | DL 48862977 (USA) | L236 (10) | Inbound | B5114921 NP | Admit | --- | USC | 4908946044 | --- | 09/06/2023 | 23:43 | (Wed) |
| PONCE, Angela | 11/29/2005 | DL 48862977 (USA) | L236 (09) | Inbound | B5114921 NP | Admit | --- | USC | 4789386924 | --- | 08/19/2023 | 23:19 | (Sat) |
| PONCE, Angela | 11/29/2005 | DL 48862977 (USA) | L237 | Inbound | Pedestrian | Admit | --- | USC | 5511608433 | --- | 07/25/2023 | 09:10 | (Tue) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5492753373 | --- | 07/10/2023 | 19:55 | (Mon) |
| PONCE, Angela | 11/29/2005 | DL 48862977 (USA) | L237 | Inbound | Pedestrian | Referred (WHT) | , BAG | USC | 5479574783 | --- | 06/30/2023 | 19:23 | (Fri) |
| PONCE, Angela | 11/29/2005 | DL 48862977 (USA) | L237 | Inbound | Pedestrian | Admit | --- | USC | 5449189253 | --- | 06/05/2023 | 23:57 | (Mon) |
| PONCE, Angela | 11/29/2005 | DL 48862977 (USA) | L236 (08) | Inbound | SST8594 TX | Admit | --- | USC | 1959165694 | --- | 05/25/2023 | 16:56 | (Thu) |
| PONCE, Angela Ruby | 11/29/2005 | DL 48862977 (USA) | L237 | Inbound | Pedestrian | Admit | --- | USC | 5390837473 | --- | 04/20/2023 | 13:25 | (Thu) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5387705573 | --- | 04/17/2023 | 23:51 | (Mon) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L236 (03) | Inbound | SRG6150 TX | Referred | --- | USC | 1789995674 | --- | 04/16/2023 | 19:08 | (Sun) |
| PONCE, Angela | 11/29/2005 | --- | L236 (17) | Inbound | SRG6150 TX | Admit | --- | USC | 1764195344 | --- | 04/10/2023 | 19:55 | (Mon) |
| PONCE, Angela | 11/29/2005 | --- | L236 (17) | Inbound | SRG6150 TX | Not Present | --- | --- | 1764195344 | --- | 04/10/2023 | 19:55 | (Mon) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L236 (04) | Inbound | SRG6150 TX | Admit | --- | USC | 1733770974 | --- | 04/03/2023 | 20:16 | (Mon) |
| PONCE, Angela | 11/29/2005 | DL 48862977 (USA) | L236 (08) | Inbound | 2450J72 OK | Admit | --- | USC | 1703307204 | --- | 03/27/2023 | 19:51 | (Mon) |
| PONCE, Angela Ruby | 11/29/2005 | DL 48862977 (USA) | L236 (09) | Inbound | 2450J72 CA | Referred (T/S) | , BAG | USC | 1621692184 | --- | 03/08/2023 | 19:56 | (Wed) |
| PONCE, Angela | 11/29/2005 | DL 48862977 (USA) | L236 (06) | Inbound | 2450J72 TX | Referred (T/S) | , BAG | USC | 1582014824 | --- | 02/27/2023 | 11:32 | (Mon) |
| PONCE, Angela Ruby | 11/29/2005 | FD 48862977 (USA) | L236 | Inbound | 2450J72 OK | Referred (T/S) | , BAG | USC | 1579188404 | --- | 02/26/2023 | 18:51 | (Sun) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L236 (04) | Inbound | LF054328 NP | Referred | --- | USC | 1549733144 | --- | 02/19/2023 | 18:54 | (Sun) |
| PONCE, Angela | 11/29/2005 | DL 48862977 (USA) | L236 (06) | Inbound | 2450J72 OK | Referred (NO) | , BAG | USC | 1546718134 | --- | 02/19/2023 | 01:32 | (Sun) |
| PONCE, Angela | 11/29/2005 | DL 48862977 (USA) | L236 (05) | Inbound | 2450J72 TX | Referred (NO) | , BAG | USC | 1520338834 | --- | 02/12/2023 | 18:38 | (Sun) |
| PONCE, Angela | 11/29/2005 | DL 48862977 (USA) | L236 | Inbound | 2450J72 OK | Admit | --- | USC | 1491135814 | --- | 02/05/2023 | 18:14 | (Sun) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5279742593 | --- | 01/19/2023 | 20:07 | (Thu) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5223907803 | --- | 12/05/2022 | 16:20 | (Mon) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5220382283 | --- | 12/02/2022 | 18:26 | (Fri) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5208399723 | --- | 11/22/2022 | 21:28 | (Tue) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5198762933 | --- | 11/14/2022 | 20:29 | (Mon) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5183163043 | --- | 11/02/2022 | 00:22 | (Wed) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5164784183 | --- | 10/17/2022 | 13:57 | (Mon) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5160012493 | --- | 10/13/2022 | 15:15 | (Thu) |
| PONCE, Angela Rubi | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Canceled | --- | USC | 5160012493 | --- | 10/13/2022 | 15:15 | (Thu) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5153311353 | --- | 10/07/2022 | 20:21 | (Fri) |
| PONCE, Angela | 11/29/2005 | --- | L236 (03) | Inbound | NSL2531 TX | Admit | --- | USC | 962565314 | --- | 10/02/2022 | 08:06 | (Sun) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5144559183 | --- | 09/30/2022 | 15:43 | (Fri) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 (03) | Inbound | 15041Q6 TX  verified | Referred | --- | USC | 945019194 | --- | 09/27/2022 | 23:29 | (Tue) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5141644143 | --- | 09/27/2022 | 21:39 | (Tue) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5139568163 | --- | 09/26/2022 | 01:44 | (Mon) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5138370273 | --- | 09/24/2022 | 23:27 | (Sat) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5137015153 | --- | 09/23/2022 | 19:04 | (Fri) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5132502413 | --- | 09/19/2022 | 17:15 | (Mon) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5125862983 | --- | 09/13/2022 | 22:46 | (Tue) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5122441253 | --- | 09/10/2022 | 18:43 | (Sat) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5114772023 | --- | 09/04/2022 | 00:29 | (Sun) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5112423633 | --- | 09/01/2022 | 23:24 | (Thu) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5099087033 | --- | 08/20/2022 | 17:29 | (Sat) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5097005213 | --- | 08/19/2022 | 00:51 | (Fri) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Referred (ATS) | , BAG | USC | 5092134413 | Y | 08/14/2022 | 16:19 | (Sun) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5090953813 | --- | 08/13/2022 | 14:15 | (Sat) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5089030283 | --- | 08/11/2022 | 19:47 | (Thu) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5086730183 | --- | 08/09/2022 | 21:11 | (Tue) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5079033683 | --- | 08/03/2022 | 15:17 | (Wed) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5070901113 | --- | 07/27/2022 | 21:25 | (Wed) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5067020213 | --- | 07/24/2022 | 13:57 | (Sun) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5064886483 | --- | 07/22/2022 | 17:13 | (Fri) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5063879973 | --- | 07/21/2022 | 22:11 | (Thu) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5060687703 | --- | 07/19/2022 | 02:02 | (Tue) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5054673903 | --- | 07/14/2022 | 01:29 | (Thu) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5053687293 | --- | 07/13/2022 | 01:23 | (Wed) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5052566453 | --- | 07/12/2022 | 01:31 | (Tue) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5047837993 | --- | 07/08/2022 | 02:20 | (Fri) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5043315463 | --- | 07/04/2022 | 00:08 | (Mon) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5043022933 | --- | 07/03/2022 | 17:54 | (Sun) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5038545903 | --- | 06/30/2022 | 01:33 | (Thu) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5033238823 | --- | 06/25/2022 | 03:59 | (Sat) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5025525023 | --- | 06/17/2022 | 21:22 | (Fri) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5015718173 | --- | 06/08/2022 | 22:55 | (Wed) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5013434173 | --- | 06/06/2022 | 16:55 | (Mon) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Canceled | --- | USC | 5013433413 | --- | 06/06/2022 | 16:51 | (Mon) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5003456623 | --- | 05/28/2022 | 18:33 | (Sat) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 5001043113 | --- | 05/26/2022 | 16:40 | (Thu) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4997880133 | --- | 05/23/2022 | 20:31 | (Mon) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4997010103 | --- | 05/22/2022 | 23:20 | (Sun) |

| Name | DOB | | Lane | Direction | Type | Disposition | Notes | | ID | | Date | Time | Day |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4993521143 | --- | 05/20/2022 | 00:30 | (Fri) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4987719533 | --- | 05/14/2022 | 23:46 | (Sat) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L236 (05) | Inbound | PRT0480 TX | Referred (ENF) | , BAG | USC | 432218284 | --- | 05/06/2022 | 23:46 | (Fri) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4975331143 | --- | 05/05/2022 | 00:29 | (Thu) |
| PONCE, Angela Rubi | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4972476673 | --- | 05/02/2022 | 14:53 | (Mon) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4968942843 | --- | 04/29/2022 | 14:25 | (Fri) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4965740763 | --- | 04/26/2022 | 16:31 | (Tue) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Referred (ATS) | , ADM | USC | 4963116353 | Y | 04/24/2022 | 12:45 | (Sun) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4962061123 | --- | 04/23/2022 | 13:18 | (Sat) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4950913253 | --- | 04/13/2022 | 23:33 | (Wed) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4948061283 | --- | 04/11/2022 | 18:44 | (Mon) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4939246123 | --- | 04/04/2022 | 20:46 | (Mon) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Referred (ATS) | , ADM | USC | 4936296793 | Y | 04/02/2022 | 13:18 | (Sat) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4933064253 | --- | 03/30/2022 | 18:38 | (Wed) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4926658053 | --- | 03/25/2022 | 10:34 | (Fri) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4913338923 | --- | 03/14/2022 | 16:08 | (Mon) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4909863353 | --- | 03/11/2022 | 23:59 | (Fri) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Referred (T/S) | , ADM | USC | 4900273553 | --- | 03/05/2022 | 04:58 | (Sat) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Referred (T/S) | , ADM | USC | 4861484883 | --- | 02/01/2022 | 23:02 | (Tue) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Referred (ATS) | , ADM, EMR, Event | USC | 4858975783 | Y | 01/30/2022 | 20:56 | (Sun) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | --- | Admit | --- | USC | 4858132763 | --- | 01/29/2022 | 19:21 | (Sat) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4850437223 | --- | 01/25/2022 | 20:15 | (Tue) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4850118923 | --- | 01/25/2022 | 15:24 | (Tue) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Referred (ATS) | , ADM | USC | 4849483273 | Y | 01/25/2022 | 02:56 | (Tue) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4849316253 | --- | 01/24/2022 | 21:32 | (Mon) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4843829733 | --- | 01/19/2022 | 16:53 | (Wed) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4841928623 | --- | 01/17/2022 | 23:27 | (Mon) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | --- | Admit | --- | USC | 4838641283 | --- | 01/15/2022 | 15:10 | (Sat) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | --- | Admit | --- | USC | 4830725553 | --- | 01/09/2022 | 00:01 | (Sun) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4822927963 | --- | 01/03/2022 | 18:31 | (Mon) |
| PONCE, Angela Rubi | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4813938683 | --- | 12/27/2021 | 16:35 | (Mon) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Referred (ATS) | , ADM, BAG | USC | 4811484083 | Y | 12/25/2021 | 15:22 | (Sat) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Referred (ATS) | , ADM | USC | 4807185733 | Y | 12/21/2021 | 21:48 | (Tue) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4807145423 | --- | 12/21/2021 | 20:09 | (Tue) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4793977183 | --- | 12/14/2021 | 19:56 | (Tue) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | --- | Admit | --- | USC | 4792634983 | --- | 12/13/2021 | 20:32 | (Mon) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4790019223 | --- | 12/11/2021 | 14:51 | (Sat) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | --- | Admit | --- | USC | 4785533083 | --- | 12/07/2021 | 20:34 | (Tue) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4784462653 | --- | 12/06/2021 | 23:52 | (Mon) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | --- | Admit | --- | USC | 4781012723 | --- | 12/04/2021 | 04:30 | (Sat) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4777685833 | --- | 12/01/2021 | 18:37 | (Wed) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Canceled | --- | USC | 4777685833 | --- | 12/01/2021 | 18:36 | (Wed) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4758042483 | --- | 11/25/2021 | 01:37 | (Thu) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4736022483 | --- | 11/20/2021 | 20:24 | (Sat) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4729291813 | --- | 11/20/2021 | 12:13 | (Sat) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | --- | Admit | --- | USC | 4728366063 | --- | 11/20/2021 | 00:17 | (Sat) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4706040403 | --- | 11/18/2021 | 16:19 | (Thu) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4673594683 | --- | 11/16/2021 | 18:05 | (Tue) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4615247093 | --- | 11/11/2021 | 22:03 | (Thu) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | --- | Admit | --- | USC | 4458042683 | --- | 11/09/2021 | 00:46 | (Tue) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | --- | Admit | --- | USC | 4327271333 | --- | 11/04/2021 | 19:47 | (Thu) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4322407283 | --- | 11/04/2021 | 15:58 | (Thu) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | --- | Admit | --- | USC | 4317638163 | --- | 11/04/2021 | 00:16 | (Thu) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4286865593 | --- | 10/31/2021 | 18:54 | (Sun) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Referred (WHT) | , ADM | USC | 4285511523 | --- | 10/29/2021 | 18:57 | (Fri) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Canceled | --- | USC | 4285511523 | --- | 10/29/2021 | 18:57 | (Fri) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Referred (N/I) | , ADM, Event | USC | 4273575993 | --- | 10/15/2021 | 21:48 | (Fri) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4241460613 | --- | 09/06/2021 | 18:05 | (Mon) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4229585623 | --- | 08/22/2021 | 19:06 | (Sun) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | --- | Admit | --- | USC | 4228987083 | --- | 08/22/2021 | 05:18 | (Sun) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4223102533 | --- | 08/15/2021 | 09:13 | (Sun) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | --- | Admit | --- | USC | 4206932603 | --- | 07/27/2021 | 02:34 | (Tue) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4206029513 | --- | 07/25/2021 | 19:11 | (Sun) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Referred (WHT) | , ADM | USC | 4199960323 | --- | 07/17/2021 | 18:32 | (Sat) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Canceled | --- | USC | 4199960323 | --- | 07/17/2021 | 18:30 | (Sat) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4197690803 | --- | 07/14/2021 | 20:47 | (Wed) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4196945943 | --- | 07/14/2021 | 00:15 | (Wed) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Canceled | --- | USC | 4196945943 | --- | 07/14/2021 | 00:15 | (Wed) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Canceled | --- | USC | 4196945943 | --- | 07/14/2021 | 00:14 | (Wed) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Canceled | --- | USC | 4196945943 | --- | 07/14/2021 | 00:13 | (Wed) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Canceled | --- | USC | 4196945943 | --- | 07/14/2021 | 00:12 | (Wed) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | --- | Admit | --- | USC | 4195514503 | --- | 07/12/2021 | 00:33 | (Mon) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4170308913 | --- | 06/08/2021 | 21:41 | (Tue) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4105197213 | --- | 03/20/2021 | 02:06 | (Sat) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4102749963 | --- | 03/17/2021 | 02:51 | (Wed) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4087683163 | --- | 02/25/2021 | 18:14 | (Thu) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4076210323 | --- | 02/07/2021 | 23:01 | (Sun) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4060752823 | --- | 01/15/2021 | 18:33 | (Fri) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4049488863 | --- | 12/29/2020 | 20:24 | (Tue) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4048687163 | --- | 12/28/2020 | 20:00 | (Mon) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4047436983 | --- | 12/26/2020 | 17:33 | (Sat) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4046640733 | --- | 12/24/2020 | 15:27 | (Thu) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4042384363 | --- | 12/18/2020 | 13:57 | (Fri) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Canceled | --- | USC | 4042384363 | --- | 12/18/2020 | 13:57 | (Fri) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4033044773 | --- | 12/03/2020 | 19:30 | (Thu) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4030265953 | --- | 11/29/2020 | 23:24 | (Sun) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4029575173 | --- | 11/28/2020 | 21:49 | (Sat) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4020636073 | --- | 11/15/2020 | 22:52 | (Sun) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4015919203 | --- | 11/08/2020 | 20:56 | (Sun) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4012784053 | --- | 11/03/2020 | 20:14 | (Tue) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4011405383 | --- | 11/01/2020 | 22:07 | (Sun) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4006926273 | --- | 10/25/2020 | 20:31 | (Sun) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 4002428963 | --- | 10/18/2020 | 22:29 | (Sun) |
| PONCE, Angela Rubi | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 3997752983 | --- | 10/11/2020 | 22:46 | (Sun) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 3993019623 | --- | 10/04/2020 | 20:53 | (Sun) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 3992369093 | --- | 10/03/2020 | 22:16 | (Sat) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 3983795323 | --- | 09/20/2020 | 21:55 | (Sun) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 3979275403 | --- | 09/13/2020 | 20:54 | (Sun) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 3974770583 | --- | 09/06/2020 | 22:36 | (Sun) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 3970516933 | --- | 08/30/2020 | 22:25 | (Sun) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L236 (04) | Inbound | NGG3356 TX | Admit | --- | USC | 11214376350 | --- | 08/30/2020 | 02:17 | (Sun) |

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 (03) | Inbound | FOOT NP | Admit | --- | USC | 11207566710 | --- | 08/25/2020 | 20:25 | (Tue) |
| PONCE, Angela Rubi | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 3965741603 | --- | 08/22/2020 | 22:19 | (Sat) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 3958554593 | --- | 08/10/2020 | 19:32 | (Mon) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | --- | --- | 08/07/2020 | 00:12 | (Fri) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | --- | --- | 07/26/2020 | 19:31 | (Sun) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 (04) | Inbound | FOOT NP | Admit | --- | USC | 11149436950 | --- | 07/24/2020 | 20:29 | (Fri) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | 3948467843 | --- | 07/23/2020 | 20:37 | (Thu) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | --- | --- | 07/20/2020 | 19:29 | (Mon) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | --- | --- | 07/18/2020 | 19:38 | (Sat) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | Event | USC | --- | --- | 05/24/2020 | 14:57 | (Sun) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Referred (N/I) | ADM, Event | USC | --- | --- | 05/23/2020 | 21:09 | (Sat) |
| PONCE, Angela | 11/29/2005 | --- | L237 (03) | Inbound | FOOT NP | Referred (N/I) | , ADM, BAG, Event | USC | 11028454760 | --- | 05/16/2020 | 22:28 | (Sat) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | --- | --- | 05/07/2020 | 19:23 | (Thu) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | --- | --- | 05/06/2020 | 19:25 | (Wed) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 (03) | Inbound | FOOT NP | Admit | --- | USC | 10985153660 | --- | 04/19/2020 | 19:55 | (Sun) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | --- | --- | 04/18/2020 | 18:30 | (Sat) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | --- | --- | 04/12/2020 | 16:08 | (Sun) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | --- | --- | 04/11/2020 | 16:01 | (Sat) |
| PONCE, Angela | 11/29/2005 | --- | L237 (03) | Inbound | FOOT NP | Admit | --- | USC | 10965281240 | --- | 04/04/2020 | 17:10 | (Sat) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | --- | --- | 03/18/2020 | 20:20 | (Wed) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | --- | --- | 01/20/2020 | 18:50 | (Mon) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | --- | --- | 11/10/2019 | 17:15 | (Sun) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Referred (WHT) | BAG | USC | --- | --- | 10/05/2019 | 23:02 | (Sat) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | USC | --- | --- | 08/07/2019 | 14:24 | (Wed) |
| PONCE, Angela | 11/29/2005 | --- | L236 (04) | Inbound | LDG4490 TX | Admit | --- | --- | 10005831180 | --- | 07/24/2019 | 21:42 | (Wed) |
| PONCE, Angela Ruby | 11/29/2005 | FB | L237 | Inbound | Pedestrian | Admit | --- | USC | --- | --- | 07/19/2019 | 17:26 | (Fri) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | --- | --- | --- | 12/15/2018 | 21:38 | (Sat) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | --- | --- | --- | 11/11/2018 | 16:35 | (Sun) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | --- | --- | --- | 11/11/2018 | 16:12 | (Sun) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | --- | --- | --- | 06/18/2018 | 15:51 | (Mon) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | --- | --- | --- | 05/18/2018 | 19:41 | (Fri) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | --- | --- | --- | 03/23/2018 | 20:50 | (Fri) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | --- | --- | --- | 08/26/2017 | 19:22 | (Sat) |
| PONCE, Angela Ruby | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | --- | --- | --- | 08/26/2017 | 17:59 | (Sat) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | --- | --- | --- | 04/02/2017 | 21:46 | (Sun) |
| PONCE, Angela | 11/29/2005 | --- | L237 | Inbound | Pedestrian | Admit | --- | --- | --- | --- | 06/06/2010 | 21:22 | (Sun) |